# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 29, 2022

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re: Case No. 21-6183, *Stephanie Smith, et al v. Commonwealth of Kentucky, et al*
Originating Case No. : 3:21-cv-00288

Dear Mr. Vilt,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Divya Kumar
For Sharday Swain, Case Manager

cc: Ms. Courtney E. Albini
Mr. Brett Robert Nolan
Mr. Jeffrey A. Sexton

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-6183

_____

Filed: June 29, 2022

STEPHANIE LOGSDON SMITH; BRIDGETT DENNIS, fka Bridgett Parson; ESTATE OF CAMMIE MUSINSKI, by Alayna Musinski, Administrator

    Plaintiffs - Appellants

v.

COMMONWEALTH OF KENTUCKY

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 06/03/2022 the mandate for this case hereby issues today.

COSTS: None